B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cardiac Science Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Cardiac Science Operating Company; FDBA Cardiac Science; FDBA Cardiac Science, Inc.; FDBA Cardiac Science AB** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**0396** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**N7 W22025 Johnson Drive**<br>**Suite 100**<br>**Waukesha, WI**      ZIP Code **53186** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Waukesha** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **500 Burdick Pkwy**<br>**Deerfield, WI 53531** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Cardiac Science Corporation** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) — Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cardiac Science Corporation** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _/s/ Daryl L. Diesing_____
Signature of Attorney for Debtor(s)

**Daryl L. Diesing 1005793**
Printed Name of Attorney for Debtor(s)

**Whyte Hirschboeck Dudek S.C.**
Firm Name

**555 East Wells Street**
**Suite 1900**
**Milwaukee, WI 53202-3819**

Address

**(414) 978-5523  Fax: (414) 223-5000**
Telephone Number

**October 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Michael Kang_____
Signature of Authorized Individual

**Michael Kang**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**October 20, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

In re:

**CARDIAC SCIENCE CORPORATION,**

Debtor.

Case No. 15-_____

Chapter 11

Hon. Robert D. Martin

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Rank | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 1. | CELESTICA ELECTRONICS (M) SDN BHD<br>LOT 01 AIRPORT LOGISTICS PARK, SULTAN ISMAIL INTERNATIONAL AIRPORT<br>SENAI, JOHOR 81250  MALAYSIA 11758 | CELESTICA ELECTRONICS (M) SDN BHD<br>SHARIFAH OMAR<br>LOT 01 AIRPORT LOGISTICS PARK<br>SENAI, JOHOR 81250  MALAYSIA<br>(607) 596-2187 | Trade | Unliquidated | 2,523,741.33 |
| 2. | PATTERSON THUENTE IP CHRISTENSEN PEDERSEN, P.A., 4800 IDS CENTER, 80 SOUTH 8TH ST<br>MINNEAPOLIS, MN 55402-2100 | PATTERSON THUENTE IP CHRISTENSEN PEDERSEN, P.A.<br>MINNEAPOLIS, MN 55402-2100<br>(612) 349-5740 | Trade | Unliquidated, Disputed | 440,411.38 |
| 3. | SAFT AMERICA, INC<br>313 CRESCENT STREET<br>VALDESE, NC 28690 | SAFT AMERICA, INC<br>BETTY SIDES<br>313 CRESCENT STREET<br>VALDESE, NC 28690<br>(828) 879-5039 | Trade | Unliquidated | 388,460.69 |
| 4. | FEDEX ONLINE ACCOUNT<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>FEDEX LOCKBOX 360353, ROOM 154-0455, 500 ROSS STREET<br>PITTSBURGH, PA 15262 | FEDEX ONLINE ACCOUNT<br>FEDEX LOCKBOX 360353<br>PITTSBURGH, PA 15262 | Trade | Unliquidated | 307,361.35 |
| 5. | ELECTRONIC CONCEPTS, INC.<br>PO BOX 1278<br>EATONTOWN, NJ 07724 | ELECTRONIC CONCEPTS, INC.<br>SUE NAIK<br>PO BOX 1278<br>EATONTOWN, NJ 07724<br>(732) 542-7880 x130 | Trade | Unliquidated | 176,887.75 |

B 4 (Official Form 4) (12/07)

| Rank | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 6. | MINNESOTA WIRE & CABLE COMPANY<br>1835 ENERGY PARK DR<br>ST. PAUL, MN 55108 | MINNESOTA WIRE & CABLE COMPANY<br>BOB POPE<br>1835 ENERGY PARK DR<br>ST. PAUL, MN 55108<br>(800) 258-6922 | Trade | Unliquidated | 136,094.00 |
| 7. | DEFENSE FINANCE ACCOUNTING SVC<br>8899 E 56TH ST, DFAS-IN VP GFEBS-HQ0490, ACCOUNTS PAYABLE<br>INDIANAPOLIS, IN 46249-0002 | DEFENSE FINANCE ACCOUNTING SVC<br>ALTON KING<br>8899 E 56TH ST<br>INDIANAPOLIS, IN 46249-0002<br>(502) 624-5991 | Customer | Unliquidated | 119,371.12 |
| 8. | TETRAFAB, LLC<br>3429 KNOBS VALLEY DRIVE<br>FLOYDS KNOBS, IN 47119 | TETRAFAB, LLC<br>MELISSA CARROLL<br>3429 KNOBS VALLEY DRIVE<br>FLOYDS KNOBS, IN 47119<br>(812) 258-0000 | Trade | Unliquidated | 112,476.64 |
| 9. | WILD ELEKTRONIK GMBH<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>MERVELDTSTRAßE 6, D-79423<br>HEITERSHEIM GERMANY | WILD ELEKTRONIK GMBH<br>MERVELDTSTRAßE 6<br>HEITERSHEIM GERMANY<br>49 (0) 7634-5265-0 | Trade | Unliquidated | 88,881.12 |
| 10. | MODERN METAL PRODUCTS<br>1200 12TH AVENUE, NW<br>OWATONNA, MN 55060 | MODERN METAL PRODUCTS<br>GARY SANFORD<br>1200 12TH AVENUE, NW<br>OWATONNA, MN 55060<br>(800) 435-5544 x104 | Trade | Unliquidated | 86,031.72 |
| 11. | GORDON FLESCH COMPANY, INC.<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>2675 RESEARCH PARK DRIVE<br>MADISON, WI 53711-4906 | GORDON FLESCH COMPANY, INC.<br>CUST. SERVICE<br>2675 RESEARCH PARK DRIVE<br>MADISON, WI 53711-4906<br>(608)-271-2100 | Trade | Unliquidated | 83,411.29 |
| 12. | SHELL-CASE<br>4B, 12 SHIPYARD LANE, QUARRY BAY<br>HONG KONG CHINA | SHELL-CASE<br>SARIT BERKOVICH<br>4B, 12 SHIPYARD LANE<br>HONG KONG CHINA<br>(972)72-222-0101 | Trade | Unliquidated | 81,772.80 |
| 13. | AON RISK SERVICES CENTRAL<br>AON RISK SERVICES CO, INC,<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>75 REMITTANCE DR, SUITE 1943<br>CHICAGO, IL 60675-1943 | AON RISK SERVICES CENTRAL<br>AON RISK SERVICES CO, INC<br>CHICAGO, IL 60675-1943<br>(312) 381-1000 | Trade | Unliquidated | 78,267.07 |
| 14. | FEDEX TRADE NTWKS T & B<br>P.O.BOX 842206<br>BOSTON, MA 02284-2206 | FEDEX TRADE NTWKS T & B<br>PATRICIA JONES<br>P.O.BOX 842206<br>BOSTON, MA 02284-2206<br>(716) 879-1055 | Trade | Unliquidated | 78,119.65 |
| 15. | CARL RUEDEBUSCH LLC<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>PO BOX 8218<br>MADISON, WI 53708 | CARL RUEDEBUSCH LLC<br>PO BOX 8218<br>MADISON, WI 53708<br>(608) 249-2012 | Trade | Unliquidated | 67,077.02 |
| 16. | TECNOVA<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>2383 N DELANY ROAD<br>WAUKEEGAN, IL 60087-1836 | TECNOVA<br>2383 N DELANY ROAD<br>WAUKEEGAN, IL 60087-1836<br>(847) 533-5347 | Trade | Unliquidated | 56,635.24 |
| 17. | TOP SAFETY PRODUCTS<br>160 MEISTER AVE, STE 16<br>BRANCHBURG, NJ 08876 | TOP SAFETY PRODUCTS<br>KEN KALLISH<br>160 MEISTER AVE, STE 16<br>BRANCHBURG, NJ 08876<br>(908) 707-8680 x205 | Trade | Unliquidated | 56,520.62 |

B 4 (Official Form 4) (12/07)

| Rank | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 18. | CASCADIA INTELLECTUAL<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>12360 LAKE CITY WAY NE, SUITE 501<br>SEATTLE, WA 98125 | CASCADIA INTELLECTUAL<br>12360 LAKE CITY WAY NE<br>SEATTLE, WA 98125<br>(206) 381-3900 | Trade | Unliquidated | 47,688.69 |
| 19. | EDUNEERING HOLDINGS<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0231 | EDUNEERING HOLDINGS<br>PO BOX 7777<br>PHILADELPHIA, PA 19175-0231<br>(609) 627-5300 | Trade | Unliquidated | 45,000.00 |
| 20. | SERVICESOURCE INTERNATIONAL, INC.<br>ATTN PRESIDENT, MANAGING OR GENERAL AGENT<br>201 FOURTH AVE NORTH, STE 300<br>NASHVILLE, TN 37219 | SERVICESOURCE INTERNATIONAL, INC.<br>201 FOURTH AVE NORTH, STE 300<br>NASHVILLE, TN 37219<br>(615) 523-5000 | Trade | Unliquidated | 39,912.13 |

## DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Michael Kang, Chief Restructuring Officer of Cardiac Science Corporation, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: October 20, 2015         Signature _____
                                            Michael Kang, Chief Restructuring Officer

# CARDIAC SCIENCE CORPORATION
## A Delaware Corporation

### Resolution of Directors Recommending and Authorizing Filing of Chapter 11 Petition

The undersigned (the "Directors"), being all of the members of the Board of Directors of Cardiac Science Corporation (the "Company"), acting pursuant to the Amended and Restated Certificate of Incorporation of Cardiac Science Corporation and the Amended and Restated Bylaws of the Company, dated as of December 12, 2010 (as amended, the "Bylaws"), hereby approve and consent to the adoption of the following resolutions:

WHEREAS, the officers of the Company have apprised the Directors of the serious and precarious financial condition of the Company, including but not limited to payment defaults under the Company's Amended and Restated Facilities Agreement dated as of December 31, 2014, that occurred in May, 2015 and have continued since that date; and

WHEREAS, in light of the Company's financial condition and its future financial and economic prospects, the Directors reviewed and considered options available to the Company and have determined that the only reasonable means of achieving continued operations and of best protecting the interests of shareholders, creditors and employees of the Company, may be to seek relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); and

WHEREAS, pursuant to the Bylaws, authorization for the actions contemplated herein requires the approval of the Board of Directors; and

WHEREAS, the Directors wish to provide their recommendation and authorization for filing of a Chapter 11 case or another appropriate insolvency proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that the Chief Restructuring Officer (a "Designated Officer"), shall be and hereby are authorized to make any filing with a United States Bankruptcy Court and to seek the protection of the United States bankruptcy laws (including without limitation the filing of a petition for relief under Chapter 11 of the Bankruptcy Code, without further consultation with or authorization of the Board of Directors of this Company, and in connection therewith to execute on behalf of the Company any and all pleadings, petitions, papers, affidavits, certificates, undertakings, agreements and documents which they deem necessary and appropriate to effect any such filing or petition, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and

WHD/11903112.5

**FURTHER RESOLVED**, that the Designated Officers, or such other officer or officers of the Company whom each may designate in his stead from time to time, shall be and each of them hereby is authorized to execute and deliver all such documents and take all such actions as are necessary or appropriate in connection with any such Chapter 11 case or other bankruptcy or insolvency proceeding; and

**FURTHER RESOLVED**, that the Designated Officers shall be, and each of them hereby is, authorized, directed, and empowered to retain, on behalf of the Company, Whyte Hirschboeck Dudek S.C. to represent the Company, as debtor and debtor-in-possession, in connection with any proceeding commenced by the Company under the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Designated Officers shall be, and each of them hereby is, authorized, directed and empowered to take or cause to be taken any and all such further actions, to execute, acknowledge, deliver and verify any and all pleadings, petitions, papers, affidavits, certificates, undertakings, agreements and documents and to pay all expenses, including filing fees, as shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved; and

**FURTHER RESOLVED**, that a copy of this Resolution be provided to the outside auditors of the Company; and

**FURTHER RESOLVED**, that the Designated Officers shall be, and each of them hereby is, authorized and directed to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such Designated Officer, a true copy of the foregoing resolutions.

**IN WITNESS WHEREOF,** the undersigned, being all of the Directors of Cardiac Science Corporation, have executed this action to be filed as part of the minutes of the Company effective as of the 19th day of October, 2015.

_____
Brent Kugman, Director



_____
Trevor Toppen, Director



_____
Carl S. Lane, Director



(Signature Page to Resolution of Directors Recommending and Authorizing File of Chapter 11 Petition)

3

_____
Brent Kugman, Director


_____/s/_____
Trevor Toppen, Director


_____
Carl S. Lane, Director

(Signature Page to Resolution of Directors Recommending and Authorizing File of Chapter 11 Petition)

3

_____
Brent Kugman, Director


_____
Trevor Toppen, Director


_____*[signature]*_____
Carl S. Lane, Director


(Signature Page to Resolution of Directors Recommending and Authorizing File of Chapter 11 Petition)

3