Form ntcdef11

# United States Bankruptcy Court
Western District of Wisconsin
U.S. Federal Courthouse
120 N. Henry Street
Madison, WI 53703

In Re:   Case Number: 3–15–13766–rdm
Chapter: 11

Cardiac Science Corporation

Debtor(s).

## DEFICIENCY NOTICE

To: Debtor(s) and/or Debtor's Attorney

Pursuant to Rule 1007, Fed.R.Bankr.P., you must file the following documents within 14 days from the date of the filing of your petition.

- ☒ *Summary of Schedules (Official Form 6, Page 1 and 2)*
- ☒ *Statement of Financial Affairs*
- ☒ *Schedule A*
- ☒ *Schedule B*
- ☒ *Schedule C*
- ☒ *Schedule D*
- ☒ *Schedule E*
- ☒ *Schedule F*
- ☒ *Schedule G*
- ☒ *Schedule H*
- ☒ *Attorney Fee Disclosure*

Even if the indicated document(s) are not applicable to your particular situation, they must still be filed with the notation "None" marked thereon.

Dated: 10/22/15

Marcia M Anderson, Clerk
U.S. Bankruptcy Court