**THIS ORDER IS SIGNED AND ENTERED.**

Dated: October 26, 2015

_____
**Hon. Robert D. Martin
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Case No. 15-_____ |
| **CARDIAC SCIENCE CORPORATION,** | Chapter 11 |
| Debtor. | Hon. Robert D. Martin |

**INTERIM ORDER AUTHORIZING DEBTOR TO EMPLOY AND RETAIN GARDEN CITY GROUP, LLC AS NOTICE, CLAIMS AND BALLOTING AGENT PURSUANT TO 28 U.S.C. § 156(c)**

Upon the motion (the "Motion") of Cardiac Science Corporation, debtor and debtor-in-possession (the "Debtor") in the above-captioned Chapter 11 case seeking entry of an order authorizing the retention of Garden City Group, LLC ("GCG") as its notice, claims and balloting agent pursuant to 28 U.S.C. § 156(c) and Fed. R. Bankr. P. 2002; and upon consideration of the *Affidavit of Michael Kang In Support of First Day Motions* (the "Kang Affidavit"); and it appearing that the relief is essential to the continued operation of the Debtor's business and is in the best interest of the Debtor's estate and its creditors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion

WHD/11892584.5

having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an interim basis.

2. The Debtor is authorized to retain and employ GCG as its notice, claims and balloting agent pursuant to the terms of the Motion and the Retention Agreement.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. Notwithstanding anything to the contrary contained herein, any payment to be made, or authorization contained hereunder, shall be subject to the requirements imposed on the Debtors under the *Interim Order Authorizing (A) Secured Post-petition Financing on A Super Priority Basis Pursuant to 11 U.S.C. §§ 363, 364, and 507(b), (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 (C) The Grant of Adequate Protection Pursuant to §§ 363 and 364 and (D) Modification of the Automatic Stay* entered as of the date hereof (together with any final order granting such relief, the "DIP Order"), including, but not limited to the Approved Budget (as defined in the DIP Order).

5. Notwithstanding Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. Procedures for Objection: Objection to the entry of a final Order shall be filed with the United Stated Bankruptcy Court for the Western District no later than November 11, 2015.

WHD/11892584.5

####